In the Matter of JAXSIN L., an Infant. ONONDAGA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; HEATHER L., Appellant. [2 NYS3d 307]—

Appeal from an order of the Family Court, Onondaga County (Michael L. Hanuszczak, J.), entered November 4, 2013 in a proceeding pursuant to Family Court Act article 10. The order,

insofar as appealed from, denied respondent visitation with the subject child.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Memorandum: As limited by her brief, respondent mother appeals from an order that denied her visitation with the subject child. Inasmuch as a subsequent order has been entered terminating the mother's parental rights, we dismiss this appeal as moot (*see Matter of Lateesha J.*, 252 AD2d 503, 503-504 [1998]; *see also Matter of Alexander M. [Michael M.]*, 83 AD3d 1400, 1401 [2011], *lv denied* 17 NY3d 704 [2011]). We conclude that the exception to the mootness doctrine does not apply herein (*see Matter of Francis S. [Wendy H.]*, 67 AD3d 1442, 1442 [2009], *lv denied* 14 NY3d 702 [2010]). Present—Scudder, P.J., Centra, Carni and Sconiers, JJ.